IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO. 06-CV-512

| | |
|---|---|
| GERARD ECKHARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## AGREED ORDER TO SUBSTITUTE PROPER PARTY DEFENDANT

Now before the Court is Defendant's Uncontested Motion to Substitute Proper Defendant, and having considered the Motion, including the consent of Plaintiff, as evidenced by the endorsement of counsel hereon, and it appearing that Bank of America, N.A., is the proper party defendant in this action,

it is ORDERED that Bank of America, N.A., be and hereby is substituted for Bank of America Corporation as the appropriate party defendant in the above-captioned action.

**SO ORDERED**.

Signed: March 21, 2007

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge

We ask for this:



      /s/ Aaron J. Longo

Bruce M. Steen (NCSB #30222)
Aaron J. Longo (NCSB #33462)
McGuireWoods LLP
100 N. Tryon St., Suite 2900
Charlotte, North Carolina 28202
(704) 353-6244
(704) 353-6200 (fax)

Counsel for Defendant



Seen and agreed:



      /s/ Joshua R. Van Kampen
Joshua R. Van Kampen (NCSB #32168)
Van Kampen & Fosbinder PLLC
1515 Mockingbird Lane
Suite 218
Charlotte, NC 28209

Counsel for Plaintiff