IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV512-H

| | |
|---|---|
| GERARD ECKHARDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BANK OF AMERICA N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the "Defendant's Unopposed Motion to Extend Deadline for Mediation" (document #14) filed August 7, 2007. **FOR GOOD CAUSE SHOWN**, the Motion is **GRANTED**, that is, the parties shall have up to and including **October 15, 2007** to complete mediation.

**SO ORDERED.**

Signed: August 7, 2007

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge