# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV512-H

| | |
|---|---|
| GERARD ECKHARDT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., )<br>)<br>Defendant. )<br>_____) | **ORDER SETTING<br>STATUS CONFERENCE** |

**THIS MATTER** is before the Court to set and conduct a status conference regarding the "Plaintiff's Consolidated Motion and Brief in Support for Discovery Sanctions, Additional Discovery and Dismissal Without Prejudice of Defendant's Motion for Summary Judgment" (document #38) filed March 18, 2008. On April 7, 2008, the Defendant telephonically requested an informal status conference. The Plaintiff does not object to such a conference, although does not deem it necessary.

**NOW THEREFORE, IT IS ORDERED:**

1. The Status Conference shall be held in the chambers of the undersigned (Room 238, U.S. Courthouse, 401 West Trade Street, Charlotte, North Carolina), on **Tuesday, April 29, 2008, at 10:00 a.m.**

2. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: April 8, 2008

*/s/ Carl Horn, III*

Carl Horn, III
United States Magistrate Judge