# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06cv512

| | |
|---|---|
| GERARD ECKHARDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BANK OF AMERICA, N.A. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendant's Motion for Summary Judgment (#32) and upon its Notice of Withdrawal of such motion filed June 24, 2008. The court finds such notice to be in compliance with the court's earlier orders and further that the request contained therein to deny the Motion for Summary Judgment without prejudice is in the interests of justice.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Summary Judgment (#32) is **DENIED** without prejudice as withdrawn.

Signed: July 21, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge