# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:06cv512

| | |
|---|---|
| GERARD ECKHARDT, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>BANK OF AMERICA, N.A., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on plaintiff's second Motion to Extend Deadlines. Defendant consents to such request. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Extend Deadlines (#49) is **GRANTED,** and the following deadlines are reset:

(1) discovery completion, September 7, 2008;

(2) dispositive motions, October 9, 2008; and

(3) ready date for trial, December 1, 2008.

Counsel are respectfully advised that there will be no further extensions of time in this matter as this is the oldest case on the undersigned's docket, and that such case will be resolved before year's end.

Signed: August 25, 2008

Dennis L. Howell
United States Magistrate Judge