# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06cv512

| | |
|---|---|
| GERARD ECKHARDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court for purposes of setting the Final Pretrial Conference. It appearing that this matter is schedule for trial beginning December 8, 2008, the Final Pretrial Conference will be set one week before trial. Respective counsel are advised to review the pretrial requirements contained in the Pretrial Order. Only counsel and not the parties are required to be present. Where a party is represented by multiple attorneys, only one attorney is required to attend, but such attorney should be lead trial counsel.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Final Pretrial Conference in this matter shall be conducted on Monday, December 1, 2008, in Asheville, North Carolina, in Courtroom #2 at 2 p.m.

Signed: November 10, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge